United States Courts
Southern District of Texas
FILED
*February 25, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-26- |
| | § | |
| v. | § | **4:26-cr-097** |
| | § | |
| ARTEE CLARK | § | |
| DEFENDANT | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### (BANK ROBBERY)

On or about December 27, 2025, in the Southern District of Texas and within the jurisdiction of the court,

**ARTEE CLARK**

defendant herein, did attempt to take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of FIRST CONVENIENCE BANK located at 9919 Westheimer Road, Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

### (BANK ROBBERY)

On or about December 30, 2025, in the Southern District of Texas and within the jurisdiction of the court,

1

**ARTEE CLARK**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of PNC Bank, located at 4955 Beechnut St. #100, Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

Original Signature on File
_____
FOREMAN OF THE GRAND JURY


NICHOLAS J. GANJEI
United States Attorney

BY: _____
JILL JENKINS STOTTS
Assistant United States Attorney